Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:     (916) 329-7433
Facsimile:     (916) 329-9050

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT,
JOSE P. HUERTA, TONY CORTEZ, and
DEREK STEINORTH (collectively, "DISTRCT")

NOTE – SEE RELATED ORDER ISSUED TODAY.  MRW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELLE WILLIAMSON, by and through her father, BENNETT WILLIAMSON, for herself and on behalf of ANIMAL AWARENESS CLUB, a student organization; PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, a nonprofit membership organization,<br><br>            Plaintiffs,<br><br>      vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; LOS ANGELES UNIFIED SCHOOL DISTRICT; JOSE P. HUERTA, Region East Superintendent of Los Angeles Unified School District; TONY CORTEZ, Administrator for Eagle Rock/Highland Park Community of Schools, Los Angeles Unified School District; DEREK STEINORTH, Principal of Eagle Rock Junior/Senior High School, Los Angeles Unified School District,<br><br>            Defendants. | Case No. 2:23-CV-03307-MRW<br><br>**[PROPOSED] ORDER RE: SECOND STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND NOMINAL DAMAGES**<br><br>Complaint served:     May 23, 2023<br>Current response date: July 13, 2023<br>New response date:    August 22, 2023 |

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the Defendants to respond to the Complaint shall be further extended forty (40) days, to August 22, 2023.

**IT IS SO ORDERED.**

Dated: July 13, 2023

/s/ **Judge Wilner**

HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE