Sloan R. Simmons, SBN 233752
Ryan I. Ichinaga, SBN 321185
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:     (916) 329-7433
Facsimile:      (916) 329-9050

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT,
JOSE P. HUERTA, TONY CORTEZ, and
DEREK STEINORTH (collectively, "DISTRCT")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELLE WILLIAMSON, by and through her father, BENNETT WILLIAMSON, for herself and on behalf of ANIMAL AWARENESS CLUB, a student organization; PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, a nonprofit membership organization,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; LOS ANGELES UNIFIED SCHOOL DISTRICT; JOSE P. HUERTA, Region East Superintendent of Los Angeles Unified School District; TONY CORTEZ, Administrator for Eagle Rock/Highland Park Community of Schools, Los Angeles Unified School District; DEREK STEINORTH, Principal of Eagle Rock Junior/Senior High School, Los Angeles Unified School District,<br><br>Defendants. | Case No. 2:23-CV-03307-MRW<br><br>**[PROPOSED] ORDER RE: THIRD STIPULATION REGARDING EXTENSION OF TIME FOR LAUSD DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND NOMINAL DAMAGES**<br><br>Complaint served:         May 23, 2023<br>Current response date:  August 22, 2023<br>New response date:      Sept. 21, 2023 |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the LAUSD Defendants to respond to the Complaint shall be further extended thirty (30) days, to September 21, 2023.

**IT IS SO ORDERED.**

Dated: August  22 , 2023

_____
HON. MICHAEL R. WILNER
UNITED STATES DISTRICT
MAGISTRATE JUDGE