# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELLE WILLIAMSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 2:23-cv-03307-FMO-E <br><br> **ORDER GRANTING STIPULATION [37]** |

Upon consideration of Plaintiffs and Defendant United States Department of Agriculture's ("USDA's") Stipulation for Extension of Time, and good cause having been shown as described in the Stipulation, it is hereby

**ORDERED** that the relief requested in the Stipulation is **GRANTED**; and it is further

**ORDERED** that USDA shall file a response to the Amended Complaint, ECF No. 34, by January 23, 2024.

**IT IS SO ORDERED.**

Dated:  January 10, 2024

/s/
HON. FERNANDO M. OLGUIN
United States District Judge