JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIELLE WILLIAMSON, <u>et</u> <u>al.</u>, | Case No. CV 23-3307 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, <u>et</u> <u>al.</u>, | |
| Defendants. | |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated this 30th day of November, 2024.

_____
/s/
Fernando M. Olguin
United States District Judge